-PS-

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK



___

DAMECCHA HARRIS, 92-A-1389,

       Plaintiff,

  -v-                              08-CV-6069CJS
                                         **ORDER**

MS. C. LOVERDE, et al.

       Defendants.
___

    Plaintiff, an inmate proceeding *pro se*, was granted permission to proceed *in forma pauperis*. By Order filed June 13, 2008, the Clerk of the Court was directed to cause the U.S. Marshal to serve the summons and complaint on Correctional Sergeant C. Loverde, Correctional Officer J. Meegan, and Correctional Officer P. Sippel regarding the illegal reading of plaintiff's mail from his attorney.

    The Clerk of the Court sent the Summonses and the requisite U.S. Marshal forms for service to plaintiff at the Correctional Facility in which he had been housed. Before the mail reached him, however, plaintiff was transferred to another facility and the original facility did not forward his mail.

    Accordingly, the time for service is hereby extended for 120 days from the entry of this Order, and the Clerk of the Court is again directed to cause the U.S. Marshal to serve the summons and complaint on Correctional Sergeant C. Loverde, Correctional Officer J. Meegan, and Correctional Officer P. Sippel regarding the illegal

reading of plaintiff's mail from his attorney without plaintiff's payment therefor, unpaid fees to be recoverable if this action terminates by monetary award in plaintiff's favor.

Pursuant to 42 U.S.C. § 1997e(g)(2), the defendants are directed to answer the complaint.

**SO ORDERED.**

S/ Michael A. Telesca

---
MICHAEL A. TELESCA
United States District Judge

Dated:   November 19, 2008
         Rochester, New York